ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

JS-6

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>        v.<br><br>THE ESTATE OF LUIS R. FERNANDO WILLEGARDN, DECEASED, AND SHAHNAZ KHAVIARI,<br><br>                Defendants. | **Case No. SACV-07-1400 CJC (ANx)**<br><br>**ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)(1)** |

**THIS MATTER** having come before the Court upon the motion of the Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY for voluntary dismissal of this action with prejudice pursuant to FRCP 41 (a) (1), and the Court having reviewed Plaintiff's motion and submitted Order, and finding no answer of defendants SHAHNAZ KHAVIARI and THE ESTATE OF LUIS R. FERNANDO WILLEGARDN, and otherwise being fully advised, now, therefore,

---

[Proposed] Order Granting Motion for Dismissal with Prejudice Pursuant to FRCP 41 (a) (1)
USDC CDCA Case No:  SACV-07-1400 CJC (ANx)
318963.1

1    **IT IS HEREBY ORDERED** that this matter be, and hereby is, dismissed
2    with prejudice and without costs to any party.
3
4    January _8, 2008        ____  /s/ Cormac J. Carney
5                                  CORMAC J. CARNEY
                                    UNITED STATES DISTRICT COURT
6                                   JUDGE

[Proposed] Order Granting Motion for Dismissal with Prejudice Pursuant to FRCP 41 (a) (1)   2
USDC CDCA Case No:  SACV-07-1400 CJC (ANx)
318963.1

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**[PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)(1)**

On the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____: **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

SHAHNAZ KHAVIARI and
THE ESTATE OF LUIS R. FERNANDO WILLEGARDN
19451 Sierra Mia Drive
Irvine, CA  92603

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed January 3, 2008, at San Francisco, California.

_____
Joya Yeung

[Proposed] Order Granting Motion for Dismissal with Prejudice Pursuant to FRCP 41 (a) (1)
USDC CDCA Case No:  SACV-07-1400 CJC (ANx)
318963.1